```
SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
JAY R. WEILL  (CSBN 75434)
Assistant United States Attorney
Chief, Tax Division
THOMAS MOORE  (ASBN 4305-T78O)
 Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone: (415) 436-6935
```

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **ROBERT M. HEGER,** *pro se*,    )<br>                                                   )<br>               Petitioner,             )<br>                                                   )<br>               v.                          )<br>                                                   )<br>**M. MARTINEZ, INTERNAL REVENUE** )<br>**OFFICER, UNITED STATES INTERNAL** )<br>**REVENUE SERVICE COMMISSIONER,** )<br>**UNITED STATES**                  )<br>                                                   )<br>               **Respondents.**        )<br>                                                   )<br>_____) | No. CV-07-80122-MISC-RMW<br><br><br>**DECLARATION OF**<br>**REVENUE OFFICER MARIA MARTINEZ** |

I, Maria Martinez, pursuant to 28 U.S.C. Section 1746, declare and state:

1.      At all times mentioned herein, I was a duly commissioned Revenue Officer of the Internal Revenue Service ("IRS") employed in the Small Business/Self-Employed Division of the IRS with a post of duty at San Jose, California.  I am authorized to issue IRS summonses pursuant to the authority contained in 26 U.S.C. §§ 7602 and 7609(f) and 26 C.F.R. § 301.7602-1.  Mr. Heger did not file Form 1040 Federal income tax returns for the years, 1996, 1997, 1998, 1999, 2000, 2001.  As a result Substitutes for Return were prepared and assessments were made resulting in over $235,000.00 of unpaid tax liability.  In my capacity as a Revenue Officer, I was assigned to collect the taxes assessed by the IRS against Robert M. Heger for the years 1996, 1997, 1998, 1999, 2000 and 2001.

2. In furtherance of the above assignment to collect assessed taxes in accordance with 26 U.S.C. § 7602, on April 11, 2007, I issued an IRS summons to Jeff R. Brown to produce for examination papers, records, or other data as described in the summons, including but not limited to Mr. Heger's rental application, rental agreement, forwarding address, phone number, and name of bank from which the last rental check was issued. True copy of the summons issued to Mr. Brown is attached as Exhibit A and is hereby incorporated by reference as part of this declaration.

3. In accordance with 26 U.S.C. § 7603, on April 11, 2007, the attested summons was served in hand by me to Mr. Brown at his usual place of abode. Out of courtesy a non-attested copy of the summons was delivered by certified mail to Mr. Heger on April 13, 2007.

4. Mr. Brown is Mr. Heger's landlord, and has information and records pertaining to Mr. Heger that may be relevant to the collection of federal income tax liabilities assessed against Mr. Heger..

5. All administrative steps required by the Internal Revenue Code for issuance and service of this summons have been taken.

6. The papers, records, or other data sought by the summons issued to Mr. Brown are not already in the possession of the IRS.

7. The examination is for the legitimate purpose of determining assets owned or controlled by Petitioner for the purpose of collecting previously assessed federal income taxes due and owed by Robert M. Heger.

8. The summoned information and documents may be relevant to the collection of taxes assessed against and owed by Robert M. Heger.

9. A Justice Department criminal referral, as defined by 26 U.S.C. § 7602(d), is not in effect with respect to Robert M. Heger.

10. A 914 control form has not been placed in Mr. Heger's file.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  21st  day of    June   , 2007.

/s/ Maria Martinez
MARIA MARTINEZ
Revenue Officer