

# Summons

In the matter of  Robert M Heger, 5730 Holland Ln, San Jose, CA 95118-3426
Internal Revenue Service (Division): Small Business/Self Employed
Industry/Area (name or number): Small Business/Self Employed - California Area
Periods: For the Calendar years ending December 31, 1996; December 31, 1997; December 31, 1998; December 31, 1999; December 31, 2000; December 31, 2001

## The Commissioner of Internal Revenue

To:  Jeff R Brown
At:  5082 Howes Lane, San Jose, CA 95118

You are hereby summoned and required to appear before M Martinez, an officer of the Internal Revenue Service, and/or his or her designee, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Please provide the following on Robert M Heger, SSN# 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

1) Rental application and rental agreement between you and the above taxpayer for the property located on 5730 Holland Lane, San Jose, California.

2) Forwarding address and phone number for the above taxpayer.

3) Bank of the last rental check that was issued from the above taxpayer.

Personal appearance is not required if the required records are delivered, picked up, or received by mail by the date specified in this summons. However, testimony may be required.

Do not write in this space

Business address and telephone number of IRS officer before whom you are to appear:
55 S. Market Street, 6th Floor Mailstop 5118-1821, San Jose, CA 95113   408 817-6472

Place and time for appearance at   55 S. Market Street, 6th Floor Mailstop 5118-1821, San Jose, CA 95113

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 10-2006)
Catalog Number 21405J

on the 21st day of May , 2007 at 10:00am o'clock A m.
Issued under authority of the Internal Revenue Code this 10th day of April, 2007

_____
Signature of Issuing Officer

_____
Signature of Approving Officer (if applicable)

Revenue Officer
Title

Group Manager
Title

Exhibit A                                Original -- to be kept by IRS