## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CIVIL MINUTES

DATE: August 3, 2007

Case No. C-07-80122-RMW        JUDGE: Ronald M. Whyte

ROBERT H. HEGER                             -v- M. MARTINEZ, et al.
Title

No Appearance                              Appeared
Attorneys Present                          Attorneys Present

COURT CLERK: Jackie Garcia                 COURT REPORTER: Lee-Anne Shortridge

### PROCEEDINGS

PLAINTIFF'S PETITION TO QUASH IRS SUMMONSES; DEFENDANT'S MOTION FOR SUMMARY ENFORCEMENT

ORDER AFTER HEARING

Hearing Held. The Court denies the motion to quash and grants the motion for summary enforcement. The Court to send out a written ruling to the parties. The matter is deemed submitted.